| ARREST DATE | DEFENDANT'S NAME | AUSA | TEL. NO. |
|---|---|---|---|
| 04/13/2022 | David Seruya | Carolyn Silane | +1 (973) 645-3979 |

**Defendant's Address:** 914 Avenue K, Brooklyn NY 11230

**Crime Type:** Felony
**Was a summons issued?** ☒ No ☐ Yes  If yes, Date: ____
**VICTIM CASE:** ☒ No ☐ Yes

**Offense:** Tax evasion

**U.S.C. citation:** 26 U.S.C. 7201
**Where was offense committed?** EDNY, Northern Middlesex County NJ (Edison)

**Has a complaint been previously filed?** ☒ No ☐ Yes  If yes, Magistrate No. ____

**BAIL** ☒ WAS  ☐ WAS NOT  set by Magistrate Judge Roanne L. Mann (EDNY) on 04/13/2022

in the amount of $ 250,000  in the nature of Unsecured Bond

☒ Defendant is NOT IN CUSTODY and Select: ____  District ____
☐ Defendant is IN CUSTODY at (insert institution name)  Select: ____

On what date did continuous custody begin on this charge? ____

If arresting agent & warrant were not Federal, what date was defendant transferred to U.S. custody? ____

This defendant/proceeding to be transferred pursuant to F.R.C.P. 20, 21, 40 from/to which District? from EDNY to DNJ

**Is this a prosecution:**

| | | | | |
|---|---|---|---|---|
| (1) of charge previously dismissed on motion of ____ ? | ☒ No ☐ Yes | MAG. OR CR.? | Docket No. | Judge |
| (2) after a mistrial? | ☒ No ☐ Yes | MAG. OR CR.? | Docket No. | Judge |
| (3) after appellate action? | ☒ No ☐ Yes | MAG. OR CR.? | Docket No. | Judge |
| (4) which supersedes a previous prosecution? | ☒ No ☐ Yes | MAG. OR CR.? | Docket No. | Judge |
| (5) related to a pending case? | ☒ No ☐ Yes | MAG. OR CR.? | Docket No. | Judge |

Is any time between arrest and the filing of this information/indictment excludable pursuant to 18 U.S.C. § 3161(h)?  ☐ No ☒ Yes  If yes, indicate below:

From 4/14/2022 to 6/30/2022  Statutory Authority 18 USC 3161(h)(1)(E), (G)

Reasons for exclusion: Plea negotiations, transfer of case from another district

Estimated time for trial: 1 week  Defense Counsel: Robert DeGroot  Tel. No. +1 (973) 643-1930

Defense Counsel's Address: 60 Park Place Suite 105, Newark, NJ 07102

☐ Public Defender  ☐ CJA  ☒ Retained

Interpreter Required? ☒ No ☐ Yes  If yes, which language: ____

MP 2/14