Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:22-cr-00165-PKC-1

| | |
|---|---|
| Case title: USA v. Seruya | Date Filed: 04/08/2022 |
| | Date Terminated: 06/24/2022 |

Assigned to: Judge Pamela K. Chen

### Defendant (1)

| | | |
|---|---|---|
| **David Seruya**<br>*TERMINATED: 06/24/2022* | represented by | **Robert J. De Groot**<br>Robert J. DE Groot, ESQ.<br>60 Park Place<br>Suite 105<br>Newark, NJ 07102<br>973-643-1930<br>Fax: 973-643-7231<br>Email: robertjdegroot@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| Title 26, United States Code, Section 7201; Title 18, United States Code, Sections 2 and 3551 et seq. --Attempted Tax Evasion (1) | Rule 20 Transfer to the District of New Jersey |
| Title 26, United States Code, Section 7201; Title 18, United States Code, Sections 2 and 3551 et seq. --Attempted Tax Evasion (2-3) | Rule 20 Transfer to the District of New Jersey |

### Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Carolyn Anne Silane**<br>United States Attorney's Office<br>District of New Jersey<br>970 Broad Street<br>Newark, NJ 07102<br>973-645-3979<br>Email: carolyn.silane@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney*<br><br>**Shawn T. Noud**<br>U.S. Department of Justice<br>Tax Division, Northern Criminal<br>Enforcement Section<br>601 D Street, NW<br>Room 7142<br>Washington, DC 20004<br>202-353-9215<br>Fax: 202-616-1786<br>Email: shawn.t.noud@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2022 | 1 | INDICTMENT as to David Seruya (1) count(s) 1, 2-3. (Attachments: # 1 Criminal Information Sheet) (Marziliano, August) (Entered: 04/08/2022) |
| 04/13/2022 | 3 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann:Initial Appearance and Arraignment as to David Seruya (1) Count 1,2-3 held on 4/13/2022. Attorney Robert J. De Groot for David Seruya. Plea entered by David Seruya; Not Guilty on counts 1-3. Bond set. Defendant and sureties advised. Defendant's motion on the record to take Arizona vacation from 4/19/2022 to 4/26/2022 granted with consent of Government and Pretrial. (FTR Log #12:02-12:24) (Lee, Tiffeny) (Entered: 04/21/2022) |
| 04/14/2022 | 4 | ORDER Setting Conditions of Release as to David Seruya (1) $250,000 bond with Conditions, One Suretor. So Ordered by Magistrate Judge Roanne L. Mann on 4/14/2022. (Lee, Tiffeny) (Entered: 04/21/2022) |
| 04/14/2022 | 5 | REDACTED BOND re David Seruya to 4 1 - Sealed Document CR, Order Setting Conditions of Release. (Lee, Tiffeny) (Entered: 04/21/2022) |

| | | |
|---|---|---|
| 04/14/2022 | 6 | ORDER TO CONTINUE - Ends of Justice as to David Seruya. Time excluded from 4/14/2022 until 6/14/2022. So Ordered by Magistrate Judge Roanne L. Mann on 4/14/2022. (Lee, Tiffeny) (Entered: 04/21/2022) |
| 04/14/2022 | 7 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to David Seruya. So Ordered by Magistrate Judge Roanne L. Mann on 4/14/2022. (Lee, Tiffeny) (Entered: 04/21/2022) |
| 04/22/2022 | | SCHEDULING ORDER as to David Seruya: An initial status conference will be held on 4/27/2022 at 11 a.m., in a Courtroom to be determined. Ordered by Judge Pamela K. Chen on 4/22/2022. (Gonzalez, Fida) (Entered: 04/22/2022) |
| 04/26/2022 | | NOTICE OF HEARING as to David Seruya: The status conference set for 4/27/2022 at 11 a.m. will be held in Courtroom 6D South. (Gonzalez, Fida) (Entered: 04/26/2022) |
| 04/26/2022 | 8 | NOTICE OF ATTORNEY APPEARANCE Shawn T. Noud appearing for USA. (Noud, Shawn) (Entered: 04/26/2022) |
| 04/27/2022 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to David Seruya held on 4/27/2022. Appearances by SAUSA Carolyn Silane and Robert De Groot, retained, for defendant. Case called. Discussion held. Next conference set for 5/31/2022 at 3:45 p.m. in a courtroom to be determined. Time is excluded in the interest of justice from 4/27/2022 to 5/31/2022 at 3:45 p.m. to allow for the review of discovery and to allow for plea negotiations. (Court Reporter Linda Danelczyk.) (Gonzalez, Fida) (Entered: 04/27/2022) |
| 05/26/2022 | 9 | MOTION to Continue *Status Conference* by USA as to David Seruya. (Silane, Carolyn) (Entered: 05/26/2022) |
| 05/26/2022 | | ORDER granting 9 Motion to Continue as to David Seruya: Having been informed by the government that this action is in the process of being transferred to the District of New Jersey, the Court adjourns the 5/31/22 status conference to 6/30/22 at 11 a.m. Time is excluded as being in the interests of justice based on the government's representation that the parties are negotiating the transfer of this case to another district for prosecution. Ordered by Judge Pamela K. Chen on 5/26/2022. Modified on 5/26/2022 to correct time of conference. (Gonzalez, Fida) (Entered: 05/26/2022) |
| 06/24/2022 | 10 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of New Jersey Counts closed as to David Seruya (1) Count 1,2-3. (Attachments: # 1 Transfer Notice) (Lee, Tiffeny) (Entered: 06/24/2022) |
| 06/24/2022 | 11 | Notice to District of New Jersey of a Rule 20 Consent to Transfer as to David Seruya. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Lee, Tiffeny) (Entered: 06/24/2022) |